UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY_____D.C.
JUL 2 1 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

CASE NO. 23-Cr-60143-Smith/Valle

18 U.S.C. § 2422(b)
18 U.S.C. § 2252(a)(4)(B) & (b)(2)
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 2253(a)
18 U.S.C. § 2428

UNITED STATES OF AMERICA

v.

STUART LEIBOV,

      Defendant.
_____/

## INFORMATION

The United States Attorney charges that:

### COUNT 1
### Enticement of a Minor
### (18 U.S.C. § 2422(b))

From in or about January of 2022, and continuing until in or about July of 2022, in Broward County, in the Southern District of Florida and elsewhere, the defendant,

**STUART LEIBOV,**

using any facility and means of interstate commerce, did knowingly persuade, induce, entice, and coerce an individual who had not attained the age of eighteen years, to engage in any sexual activity for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

## COUNT 2
### Possession of Child Pornography
### (18 U.S.C. § 2252(a)(4)(B) & (b)(2))

From on or about December 22, 2022, and continuing until on or about March 31, 2023, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**STUART LEIBOV,**

did knowingly possess matter, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which have been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

## **FORFEITURE ALLEGATIONS**

1. The allegations of this Information are hereby re-alleged and, by this reference, fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **STUART LEIBOV**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2252, as alleged in this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

   a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United

States Code, Chapter 110;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. Upon conviction of a violation of Title 18, United States Code, Section 2422, as alleged in this Information, the defendant shall forfeit to the United States: (A) any property, real or personal, used or intended to be used to commit, or to facilitate the commission of, such offense, pursuant to Title 18, United States Code, Section 2428; and (B) any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

4. The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, the following:

    a. one (1) Omen desktop computer, bearing serial number 5FRST0EM758416;

    b. one (1) Apple Ipad, bearing serial number F7NL782NF197; and

    c. one (1) MSI laptop computer, bearing serial number K2202N0048326.

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 2253(a), and 2428, and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 2253(b), and Title 28, United States Code, Section 2461(c).

J. VAGUENT

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

M. CATHERINE KOONTZ
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: _____

v.

STUART LEIBOV,

_____/
Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of counts _____

**Court Division** (select one)
☐ Miami    ☐ Key West    ☐ FTP
☒ FTL      ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __0__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:
   (Check only one)                  (Check only one)
   I    ☒ 0 to 5 days               ☐ Petty
   II   ☐ 6 to 10 days              ☐ Minor
   III  ☐ 11 to 20 days             ☐ Misdemeanor
   IV   ☐ 21 to 60 days             ☒ Felony
   V    ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 23-mj-6131
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) _____
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of March 31, 2023
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: _____
M. CATHERINE KOONTZ
Assistant United States Attorney
FL Bar No.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  STUART LEIBOV

**Case No**:

Count #: 1

  Enticement of a Minor

  in violation of Title 18, United States Code, Section 2422(b)
* **Max. Term of Imprisonment: Life**
* **Mandatory Min. Term of Imprisonment (if applicable): 10 years**
* **Max. Supervised Release: At least 5 years' supervised release and up to a maximum of Life**
* **Max. Fine:  $250,000.00**

Count #: 2

  Possession of Child Pornography

  in violation of Title 18, United States Code, Sections 2252(a)(4)(B) & (b)(2)
* **Max. Term of Imprisonment: 10 years' imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: At least 5 years' supervised release and up to a maximum term of Life**
* **Max. Fine: $250,000**

Count #:

_____

_____
* **Max. Term of Imprisonment:**
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**
* **Max. Fine:**

***Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| STUART LEIBOV, | ) | |
| | ) | |
| Defendant | ) | |

**WAIVER OF AN INDICTMENT**

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*